| | |
|---|---|
| 1 | **PRENOVOST, NORMANDIN, BERGH & DAWE**<br>A Professional Corporation |
| 2 | **THOMAS J. PRENOVOST, JR.**, Bar No. 77813<br>**TOM R. NORMANDIN**, Bar No. 102265 |
| 3 | **NICHOLE M. WONG**, Bar No. 255967<br>**2122 North Broadway, Suite 200** |
| 4 | Santa Ana, California 92706-2614<br>Phone No.: (714) 547-2444 |
| 5 | Fax No.: (714) 835-2889<br>[File No. 8549.001] |

Attorneys for Defendant ENHANCED RECOVERY CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MARYANNE KHOO,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>ENHANCED RECOVERY CORPORATION,<br><br>　　　　　Defendant. | Case No.: C09-05393<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT TO FILE A RESPONSE TO THE COMPLAINT AND DEMAND FOR JURY TRIAL AND ORDER THEREON** |

1.　　WHEREAS ENHANCED RECOVERY CORPORATION's ("ERC's") response to the Complaint filed by MARYANNE KHOO ("KHOO") is due on January 22, 2010; (ERC and KHOO will be collectively referred to hereinafter as the "Parties.")

///
///
///
///
///
///
///
///
///

1

**STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT TO FILE A RESPONSE TO THE COMPLAINT AND DEMAND FOR JURY TRIAL**
C:\Documents and Settings\TCardwell\Application Data\Corel\WordPerfect\12\Backup\wp{wp}.bk1

2. WHEREAS KHOO has consented to ERC's request for an additional week to respond to the Complaint;

3. IT IS HEREBY STIPULATED AND AGREED, by and between the Parties that ERC's deadline to file a responsive pleading to the Complaint is extended by one week to January 29, 2010.

IT IS SO STIPULATED.

DATED: January 21, 2010        PRENOVOST, NORMANDIN, BERGH & DAWE, PLC


                               /s/ Tom R. Normandin
                               TOM R. NORMANDIN, ESQ.
                               Attorney for Defendant ENHANCED RECOVERY
                               CORPORATION

DATED: January 21, 2010        KROHN & MOSS, LTD.


                               /s/ Michael Agruss
                               MICHAEL S. AGRUSS, ESQ.
                               Attorney for Plaintiff MARYANNE KHOO

IT IS SO ORDERED.


Dated: January 26, 2010
                               _____
                               JUDGE OF THE UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Samuel Conti*

**STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT TO FILE A RESPONSE TO THE COMPLAINT AND DEMAND FOR JURY TRIAL**

C:\Documents and Settings\TCardwell\Application Data\Corel\WordPerfect\12\Backup\wp{wp}.bk1

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 2122 North Broadway, Suite 200, Santa Ana, California 92706-2614.

On **January 22, 2010**, I served the foregoing document described as: **STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT TO FILE A RESPONSE TO THE COMPLAINT AND DEMAND FOR JURY TRIAL AND ORDER THEREON** on all interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

Michael S. Agruss
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025

1. The document(s) was/were served by the following means (specify):

[ ] By personal service. I personally delivered the documents to the persons at the addresses listed above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

[ ] By United States mail. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (specify one):

    [ ] Deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    [X] Placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at Santa Ana, California.

[ ] By overnight delivery. I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 2. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[ ] By messenger service. I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

[ ] By fax transmission. Based on an agreement of the parties to accept service by fax transmission, I faxed the

documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used.*(A copy of the record of the fax transmission, which I printed out, is attached.)*

[ ] <u>By e-mail or electronic transmission.</u> Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission
was unsuccessful.

      [ ]    (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

      [X]    (Federal)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **January 22, 2010**, at Santa Ana, California.

_____
Connie M. Hoffman

## DECLARATION OF MESSENGER

**By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed above.

(1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package, which was clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office.

(2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on (date):

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE:

_____      _____
(Name of Declarant)                                          (Signature of Declarant)