Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
MARYANNE KHOO

**UNITED STATES DISTRICT COURT,**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MARYANNE KHOO, | Case No.: 09-cv-05393 |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| v. | |
| ENHANCED RECOVERY CORPORATION, | |
| Defendant. | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, MARYANNE KHOO, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: March 10, 2010　　　　　　　　　　KROHN & MOSS, LTD.

By: /s/ Michael S. Agruss .
Michael S. Agruss
Attorneys for Plaintiff
MARYANNE KHOO

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]*

- 1 -

VOLUNTARY DISMISSAL